United States District Court
Southern District of Texas
**ENTERED**
August 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEANDRO SANCHEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-1023 |
| | § | |
| MANUEL NAVA ZAVALA; dba ZAVALA'S ROOFING AND SHEET METAL COMPANY, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Plaintiffs' Motion for Summary Judgment (Doc. No. 40); and Judge Stacy's Memorandum and Recommendation (Doc. No. 41) that the Court grant the Plaintiff's Motion for Summary Judgment. Defendants filed no objections to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that based on the uncontroverted summary judgment evidence in the record, Defendant Manuel Nava Zavala, Individually and d/b/a Zavala's Roofing and Sheet Metal Company violated the FLSA when he failed to pay Plaintiffs overtime between April 15, 2014 and March 30, 2015. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 41) is **ADOPTED**. It is further

**ORDERED** that Plaintiffs' Motion for Summary Judgment (Doc. No. 40) is **GRANTED**. It is further

**ORDERED** that Defendant Manuel Nava Zavala, Individually and d/b/a Zavala's Roofing and Sheet Metal Company will pay to Plaintiff Leandro Sanchez the sum of $6,370.00,

to Plaintiff Eliseo Valencia the sum of $7,350.00, and to Plaintiff Fatuel Sanchez-Munoz the sum of $5,880.00.

Entry of this Order shall constitute entry of Final Judgment.

SIGNED at Houston, Texas, this \_\_\_6th\_\_\_ day of August, 2019.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE